UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CODY JAMES VANDERFIN,<br><br>Defendant. | Case No.: 2:23-mj-258-EJY<br><br>ORDER CONTINUING BENCH TRIAL |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for September 20, 2023, at the hour of 9:00 a.m., be vacated and continued to November 29, 2023, at the hour of 9:30 a.m. in Courtroom 3D.

DATED this __18th__ day of September 2023.

_____
UNITED STATES MAGISTRATE JUDGE